| | | | |
|---|---|---|---|
| | AUSA: | Yara Hindelang | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Adam Christensen | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

United States of America

v.

Dakota Scott Warner

Case No. 26-mj-30482

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___August 10, 2026___ in the county of ___Jackson___ in the ___Eastern___ District of ___Michigan___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a)&(e) | Sexual exploitation of a minor. |
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt of child pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession and access with intent to view child pornography. |
| 18 U.S.C. § 2422(b) | Coercion and enticement of a minor, inluding attempt. |

This criminal complaint is based on these facts:

See the attached.

☑ Continued on the attached sheet.

_____
Complainant's signature

Adam Christensen, Special Agent-FBI
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___August 14, 2026___

City and state: __Detroit, Michigan__

_____
Judge's signature

Hon. Elizabeth A. Stafford, United States Magistrate Judge
Printed name and title

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR
A CRIMINAL COMPLAINT**

I, Adam Christensen, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

**<u>Introduction and Agent Background</u>**

1. I have been employed as a Special Agent of the FBI since 2010 and am currently assigned to the Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through training and everyday work relating to conducting investigations. To date, I have either conducted or participated in over 100 child- exploitation investigations. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251, 2252A, and 2422, I am authorized by law to request a criminal complaint.

2. This affidavit is submitted in support of an application for an amended criminal complaint for **Dakota Scott Warner** for violations of 18 U.S.C. §§ 2251(a) & (e), sexual exploitation of a minor, 2252A(a)(2)(A), receipt of child pornography and 2252A(a)(5)(B), possession and access with intent to view child pornography and 2422(b), coercion and enticement of a minor, including attempt.

1

3.      The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training and background as a Special Agent.

4.      This affidavit is submitted for the limited purpose of securing an amended criminal complaint. I have not included every fact I know about this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that **Warner** has violated 18 U.S.C. §§ 2251, 2252A, and 2422.

## Probable Cause

5.      On August 10, 2026, an FBI Online Undercover Employee (OCE) who works for the Salt Lake City Division joined a chat group in a commonly known end-to-end encrypted messaging service where child pornography was being distributed by various users. In the group, the OCE observed a user with a unique username, hereinafter referred to as User XX,[1] post a video which depicted an adult male masturbating on a couch while a minor female child ("MV1") was

---

[1] The unique username associated with the chat is being withheld from this affidavit to prevent individuals, who can gain access to the public docket, from potentially locating child sexually abusive material associated with this investigation.

2

laying on the same couch, within the same view of the male's penis and hand.  Just prior to this video, User XX posted an image of MV1's face in the chat. User XX also posted an image of MV1 laying between his legs, on top of a brown blanket, with her feet touching his erect penis. MV1's feet are placed on the head of User XX's penis, while his hand can be seen touching the base of his penis. From my review of the image and based on my training and experience, this image reflects User XX's use of MV1 to engage in, or assist him in engaging in, sexually explicit conduct for the purpose of producing a visual depiction of that conduct.

6.      On August 10, 2026, the FBI OCE sent a message to User XX via a private message on the messaging application. Thereafter, they had a discussion about sexual interactions with minors. The OCE told User XX he had sexual interactions with a 9-year-old.  User XX stated that MV1 was two years old, and that User XX lived in Jackson, Michigan. After the OCE asked, "What all have you done with her? Mostly oral with us," User XX responded, "Same; I'm waiting till she can stop shouting about everything." Later in the conversation, User XX asked the OCE, "Will u play with urs then can i watch?"

7.      The OCE asked User XX, "What all have you been able to get away with just fingering her pussy or what?," User XX responded, "She sucks and watches cp," then goes on to say, "I wanna fuck her ass soon maybe around 5." After User XX asked the OCE, "U cum in her pussy?," the OCE affirmed that he

3

did, the User XX stated, "Can I watch tonight"?

8.      To locate User XX, the OCE started with User XX's statement that he lives in Jackson, Michigan. In the images and videos sent from User XX to the OCE, the OCE noticed that User XX's location had a particular lock and a particular set of drapes for a sliding glass door. Using publicly available information on the Internet, reconnaissance of an apartment building in Jackson, and other information, law enforcement located the specific apartment complex and apartment, in Jackson, where User XX likely lived. I observed the particular lock and set of drapes on a sliding glass door, that could be seen in the images posted by User XX in the chat group, connected to the specific apartment.

9.      Michigan Secretary of State records for that specific apartment indicated that two individuals had driver's licenses at the location. One of those individuals was **Dakota Scott Warner**. **Warner** also had a 2015 Nissan Sentra registered to him at that residence. Agents observed a Nissan key fob in one of the images sent by User XX in the group chat.

10.     Based in part on the information provided above, a search warrant was authorized on August 13, 2026, in the Eastern District of Michigan for the Jackson, Michigan residence. Agents executed the search warrant on August 14, 2026.

11.     **Warner** was present and agreed to be interviewed. After agreeing to waive his *Miranda* rights in writing, **Warner** provided information that he had

4

used the particular encrypted messaging service discussed herein and recalled the User XX username. **Warner** had been alone with MV1 on Monday, August 10, and in response to the question about whether he had sent the images of her in the application, Warner nodded his head indicating "yes." **Warner** had also sent images of MV1 in the messaging application on previous occasions. **Warner** stated that he had MV1 perform oral sex on him on one occasion, but he could not remember when, except that it was after she turned two-years-old, which indicates that the incident occurred within the last 9 months. **Warner** stated that he had seen child pornography while in the messaging application.

12. On the same day, agents also confirmed MV1's birth year as 2023 and confirmed that MV1 is currently two-years-old. Agents determined that MV1 was, in fact, alone with **Warner** on Monday, August 10, 2026.  And finally, I observed MV1 and she was the minor female depicted in the images and videos sent by User XX.

### Conclusion

13. Based on the foregoing, there is probable cause to believe that **Dakota Scott Warner** has sexually exploited a child, in violation of 18 U.S.C. § 2251(a) & (e), received and distributed child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A), has possessed and accessed with intent to view child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), and has coerced and

enticed a minor, or attempted to, in violation of 18 U.S.C. § 2422(b), and I

respectfully request this Court issue an amended criminal complaint.


Respectfully submitted,


_____
Adam Christensen, Special Agent
Federal Bureau of Investigation


Sworn to before me and signed in my
presence and/or by reliable electronic means.

Elizabeth A. Stafford
_____
Hon. Elizabeth A. Stafford
United States Magistrate Judge

6